■ JOYCE BLIDGEN et al., Respondents, v ESTATE OF EVERTON A. KING et al., Appellants. [868 NYS2d 545]

The plaintiffs, in effect, sought summary judgment (*see* CPLR 3212) in connection with a claim based on a theory of constructive trust that had apparently never been pleaded in any complaint. The record contains no indication that any civil action or proceeding had ever been commenced (*see* CPLR 103 [b]; 304). Accordingly, there being no pending action or proceeding, the defendants' motion should have been denied. Rivera, J.P., Dillon, Covello and McCarthy, JJ., concur.